UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARC MAYER | * | CIVIL ACTION |
| VERSUS | * | NO.:  12-362 |
| TK TOWING, INC., TK MARINE SERVICES, LLC, PHOENIX EXPLORATION COMPANY, LP, CCS ENERGY SERVICES, LLC and CCS 7525, LLC | * * * | SECTION: N  MAGISTRATE: 5  IN ADMIRALTY/RULE 9(H) |

\* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS WITH PREJUDICE

On joint motion of all parties to this litigation and on suggesting to the Court that this entire matter has been settled and compromised, inclusive of the main demand and counterclaim, and that the parties hereto desire dismissal of the above entitled action, with prejudice, each party to bear its own costs.

Respectfully submitted,

 /s/ Stanley J. Cohn
STANLEY J. COHN, LA BAR# 4238
MILES C. THOMAS, LA BAR #31342
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
Attorneys for TK Towing, Inc.,
TK Marine Services, LLC, and
Phoenix Exploration Company, LP

-And-

/s/ Lawrence Blake Jones
LAWRENCE BLAKE JONES, LA BAR# 7495
DAVID CHRISTOPHER WHITMORE, LA BAR #17864
Scheuermann & Jones
701 Poydras Street, Suite 4100
New Orleans, Louisiana 70139
Telephone: (504) 525-4361
Facsimile: (504) 525-4380
Attorneys for Marc Mayer

-And-

/s/ Bradley Joseph Schlotterer
BRADLEY JOSEPH SCHLOTTERER, LA BAR# 24211
SEAN T. MCLAUGHLIN, LA BAR #31870
Kean Miller LLP (New Orleans)
First Bank & Trust Tower
909 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051
Attorneys for CCS Energy Services, LLC and
CCWS 7525, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served upon all counsel of record in this action via electronic service through the Court's CM/ECF system on this 27th day of September, 2012.

/s/ Stanley J. Cohn
Stanley J. Cohn

2