UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARC MAYER | * | CIVIL ACTION |
| VERSUS | * | NO.:  12-362 |
| TK TOWING, INC., TK MARINE SERVICES, LLC, PHOENIX EXPLORATION COMPANY, LP, CCS ENERGY SERVICES, LLC and CCS 7525, LLC | * * * | SECTION: N<br>MAGISTRATE: 5<br>IN ADMIRALTY/RULE 9(H) |

\*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the foregoing Joint Motion to Dismiss,

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled action be and it is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __1st__ day of ~~September~~ October, 2012.

_____
UNITED STATES DISTRICT JUDGE